UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

NEW STAR UNITED, INC., et al.,

                          Plaintiffs,

-vs-

INTERNATIONAL JOINT STOCK
AVIATION COMPANY,

                          Defendant.
-----------------------------------------------------------------

GARAUFIS, J.

**ORDER OF
ADMINISTRATIVE CLOSURE**

CV-98-1518 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 31 2005 ★

BROOKLYN OFFICE

     ORDERED that for purposes of administrative and statistical control only, the Clerk of the Court shall mark the case closed pending the resolution of the criminal case. It may be redesignated as open by a motion in this pending case.

                                          SO ORDERED.

                                          _____
                                          NICHOLAS G. GARAUFIS, U.S.D.J.

DATED: Brooklyn, N.Y.
            May 27, 2005