UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW STAR UNITED, INC. and EDWARD
GOYKHMAN,

               Plaintiffs,

-against-

INTERNATIONAL JOINT STOCK AVIATION
COMPANY,

               Defendant.
-----------------------------------------------------------------X

**ORDER**

98-CV-1518 (NGG) (MDG)

GARAUFIS, District Judge.

The Honorable Marilyn D. Go, United States Magistrate Judge, has recommended that I dismiss this case because of (1) both Plaintiffs' failure to prosecute and (2) New Star's failure to obtain new counsel. (Report and Recommendation dated January 18, 2007 at 1, 5, Docket No. 69.) Neither Plaintiff has objected to Judge Go's recommendation, and the ten-day period for objecting has expired. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). I therefore "need only satisfy [my]self that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72(b) (1983); see also CSI Inv. Partners II, L.P. v. Cendant Corp., 180 F. Supp. 2d 444, 447 (S.D.N.Y. 2001).

I find no clear error on the face of the record. I therefore accept and adopt the Report and Recommendation dated January 18, 2007 in its entirety. This case is hereby dismissed with prejudice. To the extent that this case is not already closed, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 16, 2007
      Brooklyn, N.Y.

/signed/
_____
NICHOLAS G. GARAUFIS
United States District Judge